UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| RANDALL DAVID DUE,<br><br>   Plaintiff,<br><br>v.<br><br>FASIL VAKIL AHMED, WARDEN WERLICH, and FCI-GREENVILLE,<br><br>   Defendants. | Case No. 19-cv-1161-JPG |

## JUDGMENT

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that the following claims are dismissed with prejudice:
- Count 1 against FCI-Greenville, a claim that it denied Plaintiff adequate medical care for his chronic digestive condition in violation of the Eighth Amendment when his prescription for Milk of Magnesia was cancelled; and
- Count 2 in its entirety, a claim that the Defendants conspired to violate Plaintiff's constitutional rights and are responsible for treason, rebellion, or insurrection against the constitution;

IT IS FURTHER ORDERED AND ADJUDGED that the following claims are dismissed without prejudice:
- Count 1 against Dr. Ahmed and Warden Werlich, a claim that they denied Plaintiff adequate medical care for his chronic digestive condition in violation of the Eighth Amendment when his prescription for Milk of Magnesia was cancelled;

**DATED:** March 18, 2021       MARGARET M. ROBERTIE, Clerk of Court

                        **s/Tina Gray, Deputy Clerk**


**Approved:** s/ J. Phil Gilbert
       **J. PHIL GILBERT**
       **DISTRICT JUDGE**